[S. F. No. 8381.   In Bank.—June 18, 1917.]

TAXATION—BANK STOCK—CONSTITUTIONAL LAW.—Judgment affirmed on
the authority of *Bank of California* v. *Roberts*, 173 Cal. 398.

APPEAL from a judgment of the Superior Court of the
City and County of San Francisco.   J. M. Seawell, Judge.

The facts are similar to those stated in the opinion of the
court in *Bank of California* v. *Roberts*, 173 Cal. 398, [160
Pac. 255].

Pillsbury, Madison & Sutro, for Appellant.

U. S. Webb, Attorney-General, and Raymond Benjamin,
Deputy Attorney-General, for Respondent.

THE COURT.—It is stipulated in this case that all of the
questions involved in the appeal are identical with those in-
volved and passed upon by this court in the case of the *Bank
of California* v. *Roberts*, as Treasurer, reported in 173 Cal.,
commencing at page 398, [160 Pac. 255].   On the authority
of that case, the judgment must be affirmed.

The judgment is affirmed.